UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALBERT ESTRADA CAMPOS, JR.,   No. 2:16-cv-0220 CKD P

        Plaintiff,

  v.

K. SILVA, et al.,

        Defendants.

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Albert Estrada Campos, CDCR # AS-0580, a necessary and material witness in a settlement conference in this case on October 13, 2016, is confined in Substance Abuse Treatment Facility and State Prison Corcoran (SATF-CSP, Corcoran), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #1, 501 I Street, Sacramento, California 95814, on Thursday, October 13, 2016 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SATF-CSP, Corcoran, P.O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  July 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE