IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALBERT ESTRADA CAMPOS, JR.,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**K. SILVA, et al.**<br><br>　　　　　　　　　　Defendants. | 2:16-cv-0220 CKD P<br><br>**ORDER**<br><br>Judge:　　　Honorable Carolyn K. Delaney<br>Trial Date:　None<br>Action Filed:　February 4, 2016 |

Good cause appearing, Defendants' motion to modify the scheduling order is GRANTED. The standing deadlines are vacated and will be re-set by the Court after the ruling on Defendants' motion for summary judgment.

Dated: August 17, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE